# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ELSNER, M.D.,<br><br>                                    Plaintiff,<br>   vs.<br><br>SOUTHERN CALIFORNIA<br>PERMANENTE MEDICAL GROUP,<br><br>                                    Defendant. | CASE NO. 06cv1400 JM(RBB)<br><br>ORDER GRANTING JOINT<br>MOTION TO DISMISS ACTION |

For good cause shown, the court grants the joint motion of the parties to dismiss the action.

**IT IS SO ORDERED.**

DATED: March 25, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties

- 1 -

06cv1400